**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

IN RE:                                                 CaseNumber: 13-27217

    Chapter 13 Administration                Debtor(s): KIMBERLY LOUISE BLAND

## LINE DEPOSITING FUNDS INTO COURT REGISTRY

To the Clerk of the Court:

Please be advised that pursuant to 11 U.S.C. Section 347 and Federal Bankruptcy Rule 3011, the Trustee is paying the amount of  **$2,476.43** to "Clerk, U.S.Bankruptcy Court" that represents unclaimed funds in the above Chapter 13 case. Creditors and/or debtors are listed at their last known address, and are entitled to the itemized payments; however, the creditors have returned disbursement payments to the Trustee.

Dated: 10/31/2014                                 Respectfully submitted.

                                       /s/NANCY L. SPENCER GRIGSBY
                                       Chapter 13 Trustee
                                       4201 MITCHELLVILLE RD
                                       SUITE 401
                                         BOWIE, MD  20716

| PAYEE | CLAIM # | AMOUNT |
|---|---|---|
| KIMBERLY LOUISE BLAND<br>13211 LAKE GENEVA WAY<br>GERMANTOWN, MD,   20874 | 0 | $2,476.43 |
| Total | | $2,476.43 |